# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

October 5, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED IN**
**1ST COURT OF APPEALS**
**HOUSTON, TEXAS**

**OCT 0 9 2015**

CHRISTOPHER A. PRINE

CLERK _____

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

Re:  Jimmy R. Williams
v. Texas
No. 14-10050
(Your No. 01-13-01054-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk